FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 3 0 2005

LUTHER D. THOMAS, Clerk
By: ASewell
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|   |   |
|---|---|
| IN RE AFC ENTERPRISES, INC.<br>DERIVATIVE LITIGATION | Consolidated Civil Action<br>No. 1:03-CV-1584-TWT |

## FINAL JUDGMENT

Based on the accompanying Order Approving Settlement of this action on behalf of Plaintiffs, nominal Defendant AFC Enterprises, Inc., and the Defendants, this action is hereby DISMISSED, with prejudice.

Each party shall bear its own costs.

Done this __30__ day of __August__, 2005.

_____
Honorable Thomas W. Thrash, Jr.
U.S. District Court
Northern District of Georgia